

# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2014

No. 04-13-00034-CV

Julio M. **AGUILERA**,
Appellant

v.

Delmis S. **AGUILERA**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-16322
Honorable Larry Noll, Judge Presiding

## O R D E R

On February 26, 2014, we abated and remanded the appeal to the trial court with instructions to enter findings pursuant to section 154.130(b) of the Texas Family Code. On March 28, 2014, the trial court clerk filed a supplemental clerk's record containing the trial court's findings. Accordingly, the appeal is REINSTATED on the court's docket. The cause is set for formal submission ON BRIEFS ONLY before this Court on April 23, 2014, before a panel of Justice Angelini, Justice Barnard, and Justice Martinez.

It is so **ORDERED** on April 2, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court